Lawrence J. Warfield
Bankruptcy Trustee
P.O. Box 14647
Scottsdale, AZ  85267
(480) 948-1711

UST-31, 3-03

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| JAMES, ARLENE | ) | CASE NO. 07-00007-PHX-RJH |
| | ) | |
| | ) | PETITION TO PAY |
| Debtor(s) | ) | DIVIDEND IN AMOUNT LESS |
| | ) | THAN $5.00 TO THE CLERK OF |
| | ) | THE U.S. BANKRUPTCY COURT |

Lawrence J. Warfield, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 4 | Capital Recovery One<br>25 SE 2nd Avenue, Ste. 1120<br>Miami, FL  33131 | $3.01 |

*December 16, 2010*                                              */s/ Lawrence J. Warfield*
       DATE                                                              Lawrence J. Warfield, Trustee